### A07A2160. KLEBER et al. v. CITY OF ATLANTA et al.
(680 SE2d 661)

ADAMS, Judge.

In *Kleber v. City of Atlanta*, 291 Ga. App. 146 (661 SE2d 195) (2008), this Court reversed the trial court's grant of summary judgment in favor of defendants Norfolk Southern Corporation and the City of Atlanta in this negligence and nuisance action brought by Scott Kleber and Nancy Habif. On writ of certiorari, the Supreme Court of Georgia reversed. *City of Atlanta v. Kleber*, 285 Ga. 413 (677 SE2d 134) (2009). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the court below.

*Judgment affirmed. Miller, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., Smith, P. J., and Barnes, Ellington, Phipps, Mikell, Bernes, and Doyle, JJ., concur.*

DECIDED JUNE 30, 2009.

*Gaslowitz Frankel, Craig M. Frankel, Lisa C. Lambert*, for appellants.

*Weissman, Nowack, Curry & Wilco, William C. Thompson, Laura S. Morris, Linda K. DiSantis, Laura Sauriol-Gibris*, for appellees.